```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

BURKE BARRINGTON LAWTON,

        Petitioner,

v.                        Case No. 3:10-cv-719-J-34JBT

WALTER MCNEIL, etc.;
et al.,

        Respondents.

## ORDER

Petitioner has paid the $5.00 filing fee. The Clerk shall file the Order to Show Cause and Notice to Petitioner, which is appended to the standing order in Case No. 3:09-mc-38-J-HTS as Exhibit A.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of August, 2010.

sc 8/19
c:
Burke Barrington Lawton

                                                JOEL B. TOOMEY
                                                United States Magistrate Judge